## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

CIVIL ACTION NO: 4:17-CV-00077-JHM

JERRY R. STUART                                                              PLAINTIFF

V.

LOWE'S HOME CENTERS, LLC, and
LOWE'S HOME IMPROVEMENT, LLC                            DEFENDANTS

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by the Defendants, and the Court having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendants consistent with the Court's Memorandum Opinion and Order and the Plaintiff's Complaint is dismissed without prejudice.

                                                                          *Joseph H. McKinley, Jr.*
                                                        **Joseph H. McKinley, Jr., Chief Judge**
                                                             **United States District Court**

                                                                                           October 30, 2017

cc:      counsel of record